# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MCMILLER, | NO. CV 10-1237 JST (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J.F. SALAZAR, Warden, | |
| Respondent. | |

   IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 15, 2012.

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE